IN THE UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DIsSTRICT OF PENNSYLVANIA

In Re: TIGIST GUEBREYES,  :  CHAPTER 13

Debtor  :  BANKRUPTCY NO. 16-14007

## NOTICE OF OBJECTION TO CLAIM AND HEARING DATE

The Debtor has filed Objections to the Proof of Claim filed by you in this bankruptcy case.

Your claim may be reduced, modified, or eliminated. You should read these papers carefully and discuss them with your attorney, if you have one.

If you do not want the court to eliminate or change your claim, you or your attorney must attend the hearing on the objection, scheduled to be held before the orable Magdeline M. Coleman on January 26, 2017, at 11:00 A.M., in Courtroom No. 2, 900 Market St., Philadelphia, PA. 19107. If you or your attorney do not attend the hearing on the objection, the court may decide that you do not oppose the objection to your claim.

Date:  December 4, 2016

Attorney for Objector

DAVID A. SCHOLL
512 Hoffman Street
Philadelphia, PA. 19148
610-550-1765