# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 16-14007-MDC

TIGIST GUEBREYES

1336 Kimberly Drive

Philadelphia, PA 19151-

    Debtor

## CERTIFICATE OF SERVICE

    **AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

  Debtor(s), at the address listed, by first class mail.

    TIGIST GUEBREYES

    1336 Kimberly Drive

    Philadelphia, PA 19151-

Counsel for debtor(s), by electronic notice only.

    DAVID SCHOLL, ESQUIRE

    512 HOFFMAN ST
    PHILADELPHIA, PA 19148-

                                                /S/ William C. Miller

Date: 1/6/2017                                          _____

                                                        William C. Miller, Esquire
                                                        Chapter 13 Standing Trustee