**IN THE UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF
PENNSYLVANIA**

**In re:**
**TIGIST GUEBREYES,**                                    :          **CHAPTER 13**
**Debtor**

                                                        : **BANKRUPTCY NO. 16-14007**


**DEBTOR'S ANSWER TO TRUSTEE'S MOTION TO DISMISS**

        The Debtor has not delayed in prosecuting this case.  The plan calls for a loan

modification of the Debtor's first mortgage, on which she and a relative are engaged in

obtaining, or a payment of allowed arrears to the first mortgagee, and an objection to the arrears

requested by the first mortgagee and a proceeding to avoid the junior mortgages are pending.

The plan payments are current through December, 2016, and a payment will be made shortly

for January, 2017.

        WHEREFORE, the Debtor requests that the Trustee's Motion to Dismiss this

bankruptcy case.be denied.


Date:   January 7, 2017                         Attorney for Debtor

                                                /s/DAVID A. SCHOLL
                                                512 Hoffman Street
                                                Philadelphia, PA.  19148
                                                610-550-1765