United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 16-14007-mdc
Tigist Guebreyes                                                        Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: Eileen              Page 1 of 1              Date Rcvd: Jan 11, 2017
                              Form ID: 145              Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 13, 2017.
db             +Tigist Guebreyes,    1336 Kimberly Drive,    Philadelphia, PA 19151-2833

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 13, 2017                                  Signature:  /s/Joseph Speetjens

___

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 11, 2017 at the address(es) listed below:
              DAVID A. SCHOLL    on behalf of Plaintiff Tigist  Guebreyes judgescholl@gmail.com
              DAVID A. SCHOLL    on behalf of Debtor Tigist  Guebreyes judgescholl@gmail.com
              JACQUELINE M. CHANDLER    on behalf of Trustee WILLIAM C. MILLER ecfemails@ph13trustee.com,
               philaecf@gmail.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE
               PENNSYLVANIA HOUSING FINANCE AGENCY) bkgroup@kmllawgroup.com,  bkgroup@kmllawgroup.com
              LEON P. HALLER    on behalf of Creditor    U.S. Bank National Association as Trustee for The
               Pennsylvania Housing Finance Agency lhaller@pkh.com,  dmaurer@pkh.com
              THOMAS I. PULEO    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE
               PENNSYLVANIA HOUSING FINANCE AGENCY) tpuleo@kmllawgroup.com,  bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                                             TOTAL: 8

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Tigist Guebreyes
        Debtor(s)

Case No: 16−14007−mdc
Chapter: 13

### *NOTICE OF HEARING TO CONSIDER OBJECTION TO PROOF OF CLAIM*

    Please take notice that a hearing will be held before the Honorable Magdeline D. Coleman ,United States Bankruptcy Judge, in Courtroom #2, 900 Market Street, Philadelphia, PA 19107 on 2/16/17 at 11:00 AM , or as soon thereafter as counsel can be heard, to consider the

\*\*RESCHEDULED
Notice of Objection Filed by Tigist Guebreyes to
Proof of Claim of USBank National Association POC #5

A copy of the objection is attached.

    The hearing scheduled herein may be adjourned from time to time without further notice to interested parties by announcement of such adjournment in Court on the date scheduled for the hearing.

Date: 1/11/17

                                  Attorney for Movant