## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re | : | Chapter 13 |
| Tigist Guebreyes, | : | |
| Debtor. | : | Bankruptcy No.  16-14007-MDC |

# O R D E R

**AND NOW**, upon consideration of the Debtor's Objection to the Proof of Claim of U.S. Bank, National Association - Claim No. 5 (the "Objection"), and after notice and hearing, and for the reasons stated in court, it is hereby **ORDERED** that the Objection is **OVERRULED**.

Date: August 29, 2017

_____
MAGDELINE D. COLEMAN
UNITED STATES BANKRUPTCY JUDGE

David A. Scholl, Esquire
Law Office of David A. Scholl
512 Hoffman Street
Philadelphia, PA 19148

Jacqueline M. Chandler, Esquire
Office of the Chapter 13 Trustee
P.O. Box 40119
Philadelphia, PA 19106

United States Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA 19107