IN THE UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:
TIGIST GUEBREYES,                                : CHAPTER 13
Debtors

: BANKRUPTCY NO. 16-14007

APPLICATION FOR COMPENSATION OF DAVID A. SCHOLL, ESQUIRE, COUNSEL FOR THE DEBTOR

David A. Scholl, Esquire, counsel for the above-named Debtor, in accordance with F.R.B.P. 2016 applies, under section 330 of the Code, for an award of compensation and represents as follows:

1. The Applicant is counsel for the Debtors in this case

2. The Debtors filed a petition under Chapter 13 of the Bankruptcy Code on June 4, 2016.

3. The Debtors' annualized income as set forth on Form B122-C-1 is below the median.

4. All services rendered for which compensation is requested were performed on behalf of the Debtors, the services were actual and necessary, and the cmpensation requested for those services is reasonable.

5. Applicant requests an award of compensation of $3000 for 60 hours expended in providing services, which included meeting with the Debtor and analyzing their financial circumstances as appropriate for Chapter 13, preparing and filing the Petition and all Schedules and other initial documents, attending the Meeting of Creditors, filing and prosecuting an adversary proceeding against

totally unsecured mortgagees, filing and prosecuting an Objection to the proof of claim of the first mortgagee, answering trustee's motions to dismiss this case, responding to a motion for relief from the automatic stay by the first mortgagee and negotiating a Stipulation to resolve that motion, amending Chapter 13 plans and Schedules, attending various hearings on confirmation and trustee's motions to dismiss this case,, and preparing this Fee Application.

6. The Debtors paid the Applicant $900 prior to the filing of the petition.

7. A copy of the Applicant's disclosure of compensation pursuant to FRBP 2016(b) is attached hereto as Exhibit "A."

8. None of the compensation paid to the Applicant will be shared with any person other than my wife, an associate of my law firm.

WHEREFORE, the Applicant requests an award of $3000 in compensation for services, less $900 paid, or $2100 in compensation.

Dated: December 7, 2017

/s/DAVID A. SCHOLL

512 Hoffman Street, Phila., PA. 19148

610-550-1765

Attorney for Debtor

**EXHIBIT "A"**

# UNITED STATES BANKRUPTCY COURT FOR THE
# EASTERN DISTRICT OF PENNSYLVANIA

In re: **Tigist Guebreyes,**   Case No. **16-14007**

Name of Debtor(s)

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept .................................................... $2,500.00*
   Prior to the filing of this statement I have received ........................................ $900
   Balance Due ..................................................................................... $1600.00

2. The source of the compensation paid to me was:

   ☒ Debtor

3. The source of compensation to be paid to me is:

   ☒ Debtor

4. ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee of $2500, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Amendments to schedules, statement of affairs, plan, and other documents

   b. Attending the rescheduled Meeting of Creditors

   c. Preparing and obtaining confirmation of an amended Chapter 13 plan

*By agreement with the debtor, the above-disclosed fee does not include any costs or expenses which arise in the case or representation in any extraordinary matters not referenced above, including filing and objecting to claims, filing and prosecuting motions and adversary proceedings, and defending any motions filed against the Debtor. For these services, the Debtor will be charged an additional $200/hr over the $2500 fee referenced above. It is estimated that the total fee will be approximately $5000.

## CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated: 6-4-16    /s/David A. Scholl


EXHIBIT "A"

IN THE UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:
TIGIST GUEBREYES,　　　　　　　　　: CHAPTER 13
　　Debtor　　　　　　　　　　　　　: BANKRUPTCY NO. 16-14007

## ORDER

AND NOW, this ____ day of January, 2018, upon consideration of the Fee Application of David A. Scholl, Esquire, Counsel for the Debtors, for compensation in this case, it is hereby ORDERED that the Fee Application of David A. Scholl, Esquire, Counsel for the Debtor, for compensation is GRANTED, and the Applicant is awarded compensation of $300d. The Chapter 13 Trustee or the Debtors are authorized and directed to pay $2100 to the Applicant.

_____
J.

Exhibit "B"