**IN THE UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In Re:  TIGIST GUEBREYES,        :        CHAPTER 13
              Debtor              : BANKRUPTCY NO. 16-14007

**NOTICE OF FEE APPLICATION**

Notice is hereby given to all interested parties that the Fee Application of David A. Scholl, Esquire, Counsel for the Debtor, for compensation for services in this case in the amount of $3000 has been filed.  Any Objection to this Application must be filed and served upon me within twenty-one days from December 44, 2017, on or before which date this Notice will be served.  A copy of the Application is being provided to the Chapter 13 Trustee, the United States Trustee, and the Debtor.  Any interested parties can obtain a copy from me on request.

_____
/s/ DAVID A. SCHOLL
512 Hoffman Street
Philadelphia, PA  19148
610-550-1765
Attorney for Debtor