**IN THE UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:
**TIGIST GUEBREYES,**                                       **: Chapter 13**
**Debtor**                                                           **: BANKR. No. 16-14007**

## CERTIFICATION OF SERVICE

I hereby certify that, on December 3, 2017, I served this court's Order of November 30, 2017, and Notice of the Fee Application of the Debtor's Counsel, upon all known creditors, the Chapter 13 Trustee, and the Office of the United States Trustee. I also served the entire Fee Application upon the Debtor, the Chapter 13 Trustee, and the Office of the United States Trustee.

Dated: December 3, 2017

_____
/s/ DAVID A. SCHOLL
512 Hoffman Street
Philadelphia, PA. 19148
610-550-1765
Fax 267-639-9178
Attorney for the Debtor