United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 16-14007-mdc
Tigist Guebreyes                                                        Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2    User: John              Page 1 of 2          Date Rcvd: Dec 04, 2017
                        Form ID: pdf900         Total Noticed: 27

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 06, 2017.
```
db            +Tigist Guebreyes,    1336 Kimberly Drive,    Philadelphia, PA 19151-2833
13746354      +Chase Card,    Po Box 15298,    Wilmington, DE 19850-5298
13785081      +Citizens Bank N.A.,    1 Citizens Drive Mailstop ROP15B,    Riverside, RI 02915-3019
13746358      +Dsnb Macys,    9111 Duke Blvd,    Mason, OH 45040-8999
13746364      +Philadelphia Gas Works,    800 West Montgomery Avenue,    Philadelphia, PA 19122-2898
13746366      +Profess Acct,    633 W Wisconsin Av,    Milwaukee, WI 53203-1918
13746369      +Td Bank Usa/targetcred,    Po Box 673,    Minneapolis, MN 55440-0673
13819674      +U.S. BANK NATIONAL ASSOCIATION,    TRUSTEE FOR PENNSYLVANIA HOUSING FINANCE,
                c/o JOSHUA ISAAC GOLDMAN,    KML Law Group, 701 Market St. Suite 5000,
                Philadelphia, PA 19106-1541
13814929      +U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE PE,    PHFA Loan Servicing Division,
                211 North Front Street,    Harrisburg, PA 17101-1466
13746370      +US Bank, National Association, Trustee,    for Pennsylvania Housing Finance Agency,
                211 North Front Street,    P.O. Box 15057,    Harrisburg, PA 17105-5057
13746371      +Verizon,    500 Technology Dr,    Weldon Spring, MO 63304-2225
13746372      +Zecera Berton,    1336 Kimberly Drive,    Philadelphia, PA 19151-2833
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: bankruptcy@phila.gov Dec 05 2017 01:19:01      City of Philadelphia,
                City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                Philadelphia, PA  19102-1595
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Dec 05 2017 01:18:56      U.S. Attorney Office,
                c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13829392      +E-mail/Text: bankruptcy@phila.gov Dec 05 2017 01:19:01
                CITY OF PHILADELPHIA LAW DEPARTMENT - TAX UNIT,    BANKRUPTCY GROUP - MSB,
                1401 JOHN F. KENNEDY BLVD, 5TH FLOOR,    PHILADELPHIA, PA 19102-1640
13746356      +E-mail/Text: bankruptcy@phila.gov Dec 05 2017 01:19:01      City of Philadelphia,
                Water Revenue Bureau,    Municipal Services Bldg.,    1401 JFK Blvd.,
                Philadelphia, PA 19102-1663
13746357      +E-mail/Text: bankruptcy_notifications@ccsusa.com Dec 05 2017 01:19:11      Credit Coll,
                Po Box 607,    Norwood, MA 02062-0607
13746359      +E-mail/Text: bknotice@erccollections.com Dec 05 2017 01:18:53      Enhanced Recovery Co L,
                8014 Bayberry Rd,    Jacksonville, FL 32256-7412
13746360      +E-mail/Text: cio.bncmail@irs.gov Dec 05 2017 01:18:36      Internal Revenue Service,
                600 Arch Streetd,    Philadelphia, PA 19106-1695
13746361      +E-mail/Text: bankruptcygroup@peco-energy.com Dec 05 2017 01:18:38      PECO Energy Company,
                2301 Market Street,    Philadelphia, PA 19103-1380
13769518       E-mail/Text: blegal@phfa.org Dec 05 2017 01:18:52      PHFA/HEMAP,    211 NORTH FRONT ST,
                PO BOX 8029,    HARRISBURG, PA 17105
13744530      +E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 05 2017 01:18:44
                Pennsylvania Department of Revenue,    Bankruptcy Division PO BOX 280946,
                Harrisburg, PA 17128-0946
13746362       E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 05 2017 01:18:45
                Pennsylvania Department of Revenue,    P.O. Box 280946,    Harrisburg, PA 17128-0946
13746363      +E-mail/Text: blegal@phfa.org Dec 05 2017 01:18:52      Pennsylvania Housing Finance Agency,
                211 North Front Street,    Harrisburg, PA 17101-1406
13746365      +E-mail/PDF: resurgentbknotifications@resurgent.com Dec 05 2017 01:28:06
                Pinnacle Credit Servic,    Po Box 640,    Hopkins, MN 55343-0640
13746367      +E-mail/Text: bankruptcy@sw-credit.com Dec 05 2017 01:18:51      Southwest Credit Syste,
                4120 International,    Carrollton, TX 75007-1958
13746368      +E-mail/PDF: gecsedi@recoverycorp.com Dec 05 2017 01:21:01      Syncb/ikea,    Po Box 965005,
                Orlando, FL 32896-5005
                                                                                              TOTAL: 15

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13746355         Citizens Bank
13746374         Citizens Bank
smg*             Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                  Harrisburg, PA  17128-0946
13746373*       +Chase Card,    Po Box 15298,    Wilmington, DE 19850-5298
13746375*       +City of Philadelphia,    Water Revenue Bureau,    Municipal Services Bldg.,    1401 JFK Blvd.,
                  Philadelphia, PA 19102-1663
13746376*       +Credit Coll,    Po Box 607,    Norwood, MA 02062-0607
13746377*       +Dsnb Macys,    9111 Duke Blvd,    Mason, OH 45040-8999
13746378*       +Enhanced Recovery Co L,    8014 Bayberry Rd,    Jacksonville, FL 32256-7412
13746379*       +Internal Revenue Service,    600 Arch Streetd,    Philadelphia, PA 19106-1695
13746380*       +PECO Energy Company,    2301 Market Street,    Philadelphia, PA 19103-1380
13746381*        Pennsylvania Department of Revenue,    P.O. Box 280946,    Harrisburg, PA 17128-0946
13746382*       +Pennsylvania Housing Finance Agency,    211 North Front Street,    Harrisburg, PA 17101-1406
13746383*       +Philadelphia Gas Works,    800 West Montgomery Avenue,    Philadelphia, PA 19122-2898
13746384*       +Pinnacle Credit Servic,    Po Box 640,    Hopkins, MN 55343-0640
13746385*       +Profess Acct,    633 W Wisconsin Av,    Milwaukee, WI 53203-1918
13746386*       +Southwest Credit Syste,    4120 International,    Carrollton, TX 75007-1958
13746387*       +Syncb/ikea,    Po Box 965005,    Orlando, FL 32896-5005
```

```
District/off: 0313-2           User: John                 Page 2 of 2                  Date Rcvd: Dec 04, 2017
                               Form ID: pdf900            Total Noticed: 27


             ***** BYPASSED RECIPIENTS (continued) *****
13746388*       +Td Bank Usa/targetcred,    Po Box 673,    Minneapolis, MN 55440-0673
13746389*       +US Bank, National Association, Trustee,     for Pennsylvania Housing Finance Agency,
                  211 North Front Street,    P.O. Box 15057,    Harrisburg, PA 17105-5057
13746390*       +Verizon,    500 Technology Dr,    Weldon Spring, MO 63304-2225
13746391*       +Zecera Berton,    1336 Kimberly Drive,    Philadelphia, PA 19151-2833
                                                                                              TOTALS: 2, * 19, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 06, 2017                                            Signature:  /s/Joseph Speetjens

___

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 1, 2017 at the address(es) listed below:
              BRIAN CRAIG NICHOLAS    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE
               PENNSYLVANIA HOUSING FINANCE AGENCY) bnicholas@kmllawgroup.com,    bkgroup@kmllawgroup.com
              DAVID A. SCHOLL    on behalf of Plaintiff Tigist   Guebreyes judgescholl@gmail.com
              DAVID A. SCHOLL    on behalf of Debtor Tigist   Guebreyes judgescholl@gmail.com
              JACQUELINE M. CHANDLER    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE
               PENNSYLVANIA HOUSING FINANCE AGENCY) bkgroup@kmllawgroup.com,    bkgroup@kmllawgroup.com
              LEON P. HALLER    on behalf of Creditor    U.S. Bank National Association as Trustee for The
               Pennsylvania Housing Finance Agency lhaller@pkh.com,    dmaurer@pkh.com;mgutshall@pkh.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE
               PENNSYLVANIA HOUSING FINANCE AGENCY) bkgroup@kmllawgroup.com
              THOMAS I. PULEO    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE
               PENNSYLVANIA HOUSING FINANCE AGENCY) tpuleo@kmllawgroup.com,    bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                              TOTAL: 10
```

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:  TIGIST GUEBREYES,  : Chapter 13
                          :
        Debtor(s).         : Bankruptcy No. 16-14007-MDC

### ORDER DISMISSING CHAPTER 13 AND SETTING DEADLINE FOR APPLICATIONS FOR ALLOWANCE OF ADMINISTRATIVE EXPENSES

AND NOW, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee (the "Trustee"), and after notice and hearing, it is hereby **ORDERED** that:

1. This chapter 13 bankruptcy case is **DISMISSED**.

2. Counsel for the Debtor shall file a master mailing list with the Clerk of the Bankruptcy Court if such has not been previously filed.

3. Any wage orders previously entered are **VACATED**.

4. Pursuant to 11 U.S.C. §349(b)(3), the undistributed chapter 13 plan payments in the possession of the Trustee shall not revest in the entity in which such property was vested immediately before the commencement of the case. All other property of the estate shall revest pursuant to 11 U.S.C. §349(b)(3).

5. All applications for allowance of administrative expenses (including applications for allowance of professional fees) shall be filed within twenty (20) days of the entry of this Order.

6. Counsel for the Debtor shall serve this Order by first class mail, postage prepaid, on all interested parties within five (5) days of the entry of this Order. Within thirty (30) days after the entry of this Order, counsel shall file (1) a Certification of Service confirming such service, and (2) a Certification of No Response confirming that neither an objection to the

proposed compensation nor an application for administrative expense has been filed, or if such application has been filed, set a hearing on all such applications.

7.  If no Certification, as required above in Paragraph 6 has been entered on the docket within sixty (60) days of the entry of this Order, then the Standing Trustee shall, if any applications for administrative expenses other than Debtor(s)' Counsels have been filed, set a hearing thereon or, if no such applications have been filed, be authorized to return such funds to Debtor(s) pursuant to 11 U.S.C. §1326(a)(2).

Dated: 11/30/17

MAGDELINE D. COLEMAN
UNITED STATES BANKRUPTCY JUDGE