# IN THE UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:
**TIGIST GUEBREYES,**                                      **: Chapter 13**
**Debtor**                                                 **: BANKR. No. 16-14007**

## CERTIFICATION OF NO RESPONSE

I hereby certify that, on December 3, 2017, I served this court's Order of November 30, 2017, and Notice of the Fee Application of the Debtor's Counsel, upon all known creditors, the Chapter 13 Trustee, and the Office of the United States Trustee. I further certify that no answer or Objection to my Application was filed or served on me by December 26, 2017, and the Order attached to the Application can be entered as uncontested.

Dated: December 27, 2017

_____
/s/ DAVID A. SCHOLL
512 Hoffman Street
Philadelphia, PA. 19148
610-550-1765
Fax 267-639-9178
Attorney for the Debtor