IN THE UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT
OF PENNSYLVANIA

In re:
**TIGIST GUEBREYES,**            : CHAPTER 13
Debtor                           : BANKRUPTCY NO. 16-14007

## ORDER

AND NOW, this 3rd day of January, 2018, upon consideration of the Fee Application of David A. Scholl, Esquire, Counsel for the Debtors, for compensation in this case, it is hereby ORDERED that the Fee Application of David A. Scholl, Esquire, Counsel for the Debtor, for compensation is GRANTED, and the Applicant is awarded compensation of $3000. The Chapter 13 Trustee or the Debtors are authorized and directed to pay $2100 to the Applicant.

*Magdeline D. Coleman*
_____
J.