United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Tigist Guebreyes  
    Debtor

Case No. 16-14007-mdc  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: John     Page 1 of 1     Date Rcvd: Jan 04, 2018  
                 Form ID: pdf900     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 06, 2018.  
db          +Tigist Guebreyes,    1336 Kimberly Drive,    Philadelphia, PA 19151-2833

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
smg         +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jan 05 2018 01:29:09     U.S. Attorney Office,  
           c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
                                                                    TOTAL: 1

              ***** BYPASSED RECIPIENTS *****  
NONE.                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 06, 2018                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 3, 2018 at the address(es) listed below:
       BRIAN CRAIG NICHOLAS    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE
        PENNSYLVANIA HOUSING FINANCE AGENCY) bnicholas@kmllawgroup.com,    bkgroup@kmllawgroup.com
       DAVID A. SCHOLL    on behalf of Plaintiff Tigist   Guebreyes judgescholl@gmail.com
       DAVID A. SCHOLL    on behalf of Debtor Tigist   Guebreyes judgescholl@gmail.com
       JACQUELINE M. CHANDLER    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
        philaecf@gmail.com
       JOSHUA ISAAC GOLDMAN    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE
        PENNSYLVANIA HOUSING FINANCE AGENCY) bkgroup@kmllawgroup.com,    bkgroup@kmllawgroup.com
       LEON P. HALLER    on behalf of Creditor    U.S. Bank National Association as Trustee for The
        Pennsylvania Housing Finance Agency lhaller@pkh.com,    dmaurer@pkh.com;mgutshall@pkh.com
       MATTEO SAMUEL WEINER    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE
        PENNSYLVANIA HOUSING FINANCE AGENCY) bkgroup@kmllawgroup.com
       THOMAS I. PULEO    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE
        PENNSYLVANIA HOUSING FINANCE AGENCY) tpuleo@kmllawgroup.com,    bkgroup@kmllawgroup.com
       United States Trustee     USTPRegion03.PH.ECF@usdoj.gov
       WILLIAM C. MILLER, Esq.     ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                              TOTAL: 10

IN THE UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT
OF PENNSYLVANIA

In re:
TIGIST GUEBREYES,                           : CHAPTER 13
       Debtor                               : BANKRUPTCY NO. 16-14007

## ORDER

AND NOW, this 3rd day of January, 2018, upon consideration of the Fee Application of David A. Scholl, Esquire, Counsel for the Debtors, for compensation in this case, it is hereby ORDERED that the Fee Application of David A. Scholl, Esquire, Counsel for the Debtor, for compensation is GRANTED, and the Applicant is awarded compensation of $3000. The Chapter 13 Trustee or the Debtors are authorized and directed to pay $2100 to the Applicant.

*Magdeline D. Coleman*
_____
                              J.